■ CORINNE C. WATERMAN v. HENRY KAUFMAN et al.— Motion to dismiss appeals denied, without costs, with leave, however, to renew upon the argument of the appeals. Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.

■ CORINNE C. WATERMAN v. HENRY KAUFMAN et al.— Motion to dispense with printing denied, without costs, with leave, however, to renew upon

proper papers showing in detail the size of the record, the cost of printing and defendants' financial condition.  Concur — Botein, P. J., M. M. Frank, Valente, Stevens and Bastow, JJ.